## SWEENY v. REPLOGLE.

(Court of Appeals of District of Columbia.
Submitted March 9, 1926. Decided
April 5, 1926.)

No. 1829.

**Trade-names and trade-marks and unfair competition ☞43.**

"Pneuway" *held* deceptively similar to name "Pneumode," as affecting right to registration for use on same goods.

Appeal from the Commissioner of Patents.

Proceeding by Robert P. Sweeny for registration of trade-mark, opposed by Daniel E. Replogle. From decision of the Commissioner of Patents, sustaining opposition, applicant appeals. Affirmed.

J. T. Newton, of Washington, D. C., for appellant.

D. B. Replogle, of Berkeley, Cal., and M. H. Lane, of Washington, D. C., for appellee.

Before MARTIN, Chief Justice, and ROBB and VAN ORSDEL, Associate Justices.

VAN ORSDEL, Associate Justice. This is a trade-mark opposition, filed by appellee, Replogle, opposing the registration by appellant, Sweeny, of the word "Pneuway" as a trade-mark for vacuum cleaners. The opposition is based upon the alleged prior use by appellee of the mark "Pneumode" upon vacuum cleaners and parts thereof.

The goods are the same, and the opposer has established prior adoption and use of his mark. The case turns solely on the similarity of the marks. The Commissioner of Patents held that the marks are sufficiently similar to be likely to create confusion in trade, and upon that ground alone held that appellant is not entitled to the registration of his mark.

The decision of the Commissioner of Patents can be sustained on the prior decisions of this court. Patton Paint Co. v. Sunset Paint Co., 53 App D. C. 351, 290 F. 326; Arkell Safety Bag Co. v. Safepack Mills, 53 App. D. C. 218, 289 F. 616. The case here is even stronger than in the cases cited, since there is here a decided similarity in the last syllables of the words composing the marks in controversy, while in the cases cited there was no such similarity, in appearance, sound, or significance, in the dissimilar syllables of the marks.

The decision of the Commissioner is affirmed.

---

## SCHIELD et al. v. JONES.

(Court of Appeals of District of Columbia.
Submitted March 11, 1926. Decided
April 5, 1926.)

No. 1843.

**Trade-marks and trade-names and unfair competition ☞43.**

Trade-mark "Devilon" *held* not deceptively similar to mark "Red Devil," as affecting right to registration for use on goods of same descriptive properties.

Appeal from the Commissioner of Patents.

Petition by William Schield and others, doing business under the style and name of the Wm. Schield Manufacturing Company, for cancellation of trade-mark registered by Charles L. Jones. From a decision of the Commissioner of Patents denying cancellation, petitioners appeal. Affirmed.

J. D. Rippey and L. C. Kingsland, both of St. Louis, Mo., and C. M. Thomas, of Washington, D. C., for appellants.

Before MARTIN, Chief Justice, and ROBB and VAN ORSDEL, Associate Justices.

PER CURIAM. Appeal from concurrent decisions of the tribunals of the Patent Office refusing, on the petition of appellant, to cancel the mark "Devilon," for use on an insecticide; the mark of appellant being "Red Devil," used on powdered lyes.

The Patent Office entertained doubt as to whether the marks were used on goods of the same descriptive properties, but, passing that question, we agree that the two marks are not deceptively similar.

The decision is affirmed.